IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND CRAIG, #143555, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:12-cv-0444-TMH |
| ) | WO |
| KIM TOBIAS THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on July 3, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #5) filed on June 19, 2012 is adopted;

3. The plaintiff's challenge to the validity of his current incarceration and/or sentence is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and the complaint is dismissed prior to service of process.

DONE this the 10th day of September, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE